E-FILED
Wednesday, 02 January, 2008 03:56:24 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

JAN 0 2 2008

JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

| | |
|---|---|
| United States of America ex rel. ) | |
| ) | |
| MELVIN FARLOW, K92694 ) | CASE NO. 08-2001 |
| ) | |
| PETITIONER ) | |
| ) | |
| VS. ) | |
| ) | |
| WARDEN TERRY L. McCANN ) | CASE NUMBER OF STATE CONVICTION |
| ) | |
| RESPONDENT ) | 99 CF 1532 |
| ) | |

MOTION FOR APPOINTMENT OF COUNSEL

Now comes the Petitioner, Melvin Farlow, and moves this Honorable Court to appoint counsel to represent the Petitioner in the above cited action in light of the complexity of this case and Petitioner's lack of ability to present this case in an orderly fashion. Appointing a lawyer skilled in the law would make a difference in the out come. See Farmer v. Haas, 990 F.2d 319, 322 (7th Cir. 1993). In support of this motion, Petitioner states as follows:

1. Petitioner makes meritorious claims that his constitutional rights have been violated.

2. Petitioner is incarerated and lacks the ability to investigate crucial legal principles without assistance of counsel.

3. Petitioner is a layman in the law and does not have the ability to present his case according Federal Rules and Statutes, nor does Petitioner have timely access to legal materials which would enable him to answer timely filed motions.

4. There are complex legal issues that must be presented

according to Federal Rules of Procedure to allow review of the issues in this case and impress the Court on the severity of the issues and actions of the Circuit Court of Illinois.

5. A majority of the grounds are based on the trial court records which Petitioner's were lost by Stateville Correctional Center, denying Petitioner access to them.

6. It is more likely that the truth will be exposed where both sides are represented by those trained in the presentation of evidence and cross examination which Petitioner lacks the skill to do. Jackson v. County of McLean, 953 F.2d 1070, 1071 (7th Cir. 1992).

7. Finally, Petitoner has sought the assistance of several different agencies seeking assistance of counsel to help him prepare this action, and has had no success, being from a different state and having no knowledge of Illinois.

Wherefore, Petitioner seeks the assistance of counsel.

I declare under penalty that the foregoing is true and correct to the best of my ability and knowledge.

Date 12-24-07

Melvin Farlow
(Petitioner)

STATE OF ILLINOIS )
                  )SS
COUNTY OF WILL    )

### AFFIDAVIT IN SUPPORT OF
### MOTION FOR APPOINTMENT OF COUNSEL

I, Melvin Farlow, being first duly sworn, depose and state that the following is true and correct except as to matters herein made upon my belief, and as to such matters I certify that I believe the same to be true:

1. That I am the Petitioner in the attached Motion for Appointment of Counsel.

2. That I am not a lawyer or paralegal and have no knowledge in legal matters.

3. That I am a citizen of the state of California and am ignorant of Illinois law and procedure.

4. That I have saught the help of counsel but could not afford to hire counsel to represent me.

5. That I have been unable to find pro-bono assistance.

6. That the attached petition was done by an inmate at Stateville Correctional Center, who I am not allowed consistent contact with and most likely will not be able to help me in the future.

7. That I need the assistance of counsel to me answer any and all State motion in response.

8. I believe my Federal Constitutional rights were violated.

*Melvin Farlow*
Petitioner

Subscribed and sworn to before me
This 29th day of December, 200_

*Phyllis Baker*
NOTARY PUBLIC

OFFICIAL SEAL
PHYLLIS BAKER
Notary Public - State of Illinois
My Commission Expires Feb 07, 2011

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America ex rel. ) <br> ) <br> MELVIN FARLOW, K92694 ) <br> ) <br> PETITIONER ) <br> ) <br> VS. ) <br> ) <br> WARDEN TERRY L. McCANN ) <br> ) <br> RESPONDENT. ) | CASE NO. _____ <br><br><br> CASE NUMBER OF STATE CONVICTION <br><br> 99 CF 1532 |

NOTICE OF FILING

TO:   Ms. Lisa Madigan
      Illinois Attorney General
      100 West Randolph Street
      Chicago, Illinois 60601

Please take notice that on December 24, 2007, I have filed withthe Clerk of the United States District Court for the Central District of Illinois Petitioner's Writ of Habeas Corpus and Motion for Appointment of Counsel in the above captioned cause, an exact of which is enclosed herein.

The undersigned, also being first duly sworn upon oath, depose and state that a copy of the above notice and filing was served upon the above named parties on December 24, 2007, by depositing such copy in the mail at Stateville Correctional Center, P.O. Box 112 Joliet, Illinois 60434 in an envelope bearing sufficient postage.

_Melvin Farlow_
Melvin Farlow, K92694
P.O. Box 112
Joliet, Ill. 60434

Subscribed and sworn to
before me this 24th day of December 2007

_Phyllis Baker_
NOTARY PUBLIC

OFFICIAL SEAL
PHYLLIS BAKER
Notary Public - State of Illinois
My Commission Expires Feb 07, 20__