# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| **MELVIN FARLOW,** ) | |
| ) | |
| Petitioner, ) | |
| v. ) | Case No. 08-CV-2001 |
| ) | |
| **TERRY L. McCANN, Warden,** ) | |
| ) | |
| Respondent. ) | |

## ORDER

On January 2, 2008, this court received a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. 2254 by a Person in State Custody (#1) from Petitioner, Melvin Farlow. Petitioner also sent a Motion to Appoint Counsel (#2). However, Petitioner did not pay the $5.00 filing fee or send a Motion to Proceed in Forma Pauperis with the required trust fund ledgers. This court cannot proceed on the Petition until the filing fee is paid or a Motion to Proceed in Forma Pauperis is filed.

IT IS THEREFORE ORDERED THAT Petitioner is allowed thirty (30) days to pay the $5.00 filing fee or file a Motion to Proceed in Forma Pauperis with the required trust fund ledgers.

ENTERED this 7th day of January, 2008

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE