UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

URBANA DIVISION

| | |
|---|---|
| **MELVIN FARLOW,** ) | |
| ) | |
| Petitioner, ) | |
| v. ) | Case No. 08-CV-2001 |
| ) | |
| **TERRY L. McCANN, Warden,** ) | |
| ) | |
| Respondent. ) | |

### ORDER

On January 2, 2008, this court received a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody (#1) from Petitioner, Melvin Farlow. Petitioner also sent a Motion to Appoint Counsel (#2). However, Petitioner did not pay the $5.00 filing fee or send a Motion to Proceed in Forma Pauperis with the required trust fund ledgers. This court therefore entered an Order (#3) and allowed Petitioner 30 days to pay the filing fee or file a Motion to Proceed in Forma Pauperis. On January 15, 2008, Petitioner paid the filing fee and his Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody (#1) and his Motion to Appoint Counsel (#2) are now before the court. Following this court's review, this court concludes that Petitioner has not shown that appointment of counsel is warranted in this case. Therefore, Petitioner's Motion for Appointment of Counsel (#2) is DENIED.

This court now orders that Respondent, Terry L. McCann, has sixty (60) days to file a response to the Petition pursuant to Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts. This court further orders that Respondent should attach those portions of the state court record which are relevant to Petitioner's claims and to the issues of the statute of limitations, exhaustion of state remedies, and procedural default.

IT IS THEREFORE ORDERED THAT:

(1) Petitioner's Motion for Appointment of Counsel (#2) is DENIED.

(2) Respondent is ordered to file his Response to the Petition pursuant to Rule 5 of the Rules Governing Section 2254 Cases in the United States District Court. Respondent should attach those portions of the state court record which are relevant to Petitioner's claims and to the issues of the statute of limitations, exhaustion of state remedies, and procedural default.

ENTERED this 22nd day of February, 2008

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE