FILED

FEB 29 2008

CLERK OF THE COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Warden Terry McCann
P.O. Box 112
Joliet, Il. 60434

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ToSWin
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
ToSDunmas                        2-26-08

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:         ☐ No

08-2001

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7004 2890 0001 1719 8939

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540