E-FILED
Wednesday, 05 March, 2008  11:31:25 AM
Clerk, U.S. District Court, ILCD

08-2001

Farlow v McCann

**FILED**

MAR - 5 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Gluck
100 W Randolph
12th Fl.
Chicago, IL 60601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery



D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

FEB 26 2008

Office Of The Attorney General
Office Services

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7004 2890 0001 1719 8953

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540