AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

Central                         DISTRICT OF                         Illinois

## APPEARANCE

Case Number:  08-CV-2001

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Terry L. McCann

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/14/2008 | s/: Eric W. Truett |
| Date | Signature |
| | Eric W. Truett           6291213 |
| | Print Name              Bar Number |
| | 100 W. Randolph, 12th Floor |
| | Address |
| | Chicago          IL          60601-3218 |
| | City         State         Zip Code |
| | |
| | Phone Number         Fax Number |