E-FILED
Thursday, 17 April, 2008  02:27:03 PM
 Clerk, U.S. District Court, ILCD

# United States District Court
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

April 17, 2008

Melvin Farlow
K 92694
P. O. Box 112
Joliet, IL   60434

RE: MELVIN FARLOW v TERRY MCCANN
CASE NO. 08-2001

Dear Mr Farlow:

   NOTICE IS HEREBY GIVEN that a case-dispositive motion (motion to dismiss) has been filed. See Fed.R.Civ.P. 12(b)(6), Fed.R.Civ.P.56; Fed.R.civ.P12(c). Please be advised that you have **fourteen (14)** days from the date of filing to respond to the motion. If you do not respond, the motion, if appropriate, shall be granted and the case will be terminated without a trial. See, generally, Lewis v. Faulkner, 689 F. 2d 100 (7th Cir. 1982); Timms v. Frank, 953 F. 2d 281 (7th Cir. 1992). Under the court's local rules, a motion is deemed to be uncontested if no opposing brief is filed. See L.R. CDIL 7.1(B).


                                           s/PAMELA E. ROBINSON , CLERK

                                           PAMELA E. ROBINSON, CLERK
                                           U.S. DISTRICT COURT

cc:  all counsel