E-FILED
Tuesday, 29 April, 2008  09:49:49 AM
Clerk, U.S. District Court, ILCD

Time  8:00 PM
Date  4-24-08  Thursday
Place  State Ville C-643
Inmate  Mr. Farlow K92694
Case NO. 08-2001

FILED
APR 28 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Ms. Robinson, how are you doing? Fine I pray. This letter is to let you know I received your letter on Monday 4-21-08. I am a citizen of the State of California. I was arrested in California and sent to Illinois without the opportunity to contest my expedition by Officers that I once sued for beating me. I was sentenced to 75 years for Drug Conspiracy. I'm in State Ville Prison we are on Level 1 Lock down, a Officer here at State-Ville was shot in the back 3 times today by a State Trooper. I'm not able to go to the Law Library until we get off of Lock Down. I would like to know if the courts can please give me a 30 days extention? I need help an no one can help me on Lock Down. Please give me more time.  Thank You & God Bless
Sincerely Mr. Farlow K92694

E-FILED
Tuesday, 29 April, 2008  09:50:48 AM
Clerk, U.S. District Court, ILCD

# ED FOX & ASSOCIATES
## ATTORNEYS AT LAW
www.efox-law.com

300 W. Adams Street
Suite 330
Chicago, Illinois 60606
(312) 345-8877
(312) 853-3489 Facsimile

Edward M. Fox
Garrett W. Browne
Meghan A. Gonnissen
Robin A. Gonnissen

Writer's Direct Dial: Ext. 223
Email: efox@efox-law.com

April 3, 2006

Inmate number: K92694
Melvin Farlow
P.O. Box 112
Joliet, Illinois 6043

Re:  *Your letters*

Dear Mr. Farlow,

I am in receipt of your letters.

I represented you roughly 13 years ago in an excessive force case against the police. I remember very little about it, although I believe that we received a good settlement. (I do not even have access to those files as they are all with my old firm in California.) However, just because I represented you in the past does not mean I can do anything to help you now. I generally do not do criminal cases.

I am not sure what you want from me, but please keep in mind that just like anything else, if I were to do work on your case I would have to charge for it. Nevertheless, again, most of the cases I work on are police abuse and employment litigation.

I wish you well in your current situation. Good luck..

Sincerely,

*[signature]*

Edward M. Fox

MFcor040306.doc

# ED FOX & ASSOCIATES
## ATTORNEYS AT LAW
www.efox-law.com

300 W. Adams Street
Suite 330
Chicago, Illinois 60606
(312) 345-8877
(312) 853-3489 Facsimile

Edward M. Fox
Garrett W. Browne
Meghan A. Gonnissen
Robin A. Grinnalds

Writer's Direct Dial: Ext. 223
Email: efox@efox-law.com

August 18, 2006

Melvin Farlow K92694
PO Box 112
Joliet, IL 60434

Re:  *Requested Information*

Mr. Farlow,

Enclosed please find the docket sheet of your case in California. The name of the firm was:

Klass, Helman & Ross
11645 Wilshire
Los Angeles, CA
213-277-2224

Sincerely,

Edward M. Fox/le
Edward M. Fox
EMF/le

Enclosure

**8:93-cv-01163-LHM-RWR** Melvin Farlow v. San Bernardino Cty, et al
Linda H. McLaughlin, presiding
Ronald W. Rose, referral
**Date filed:** 11/24/1993
**Date terminated:** 06/29/1994 **Date of last filing:** 06/29/1994

## Documents

There are no documents for this case.

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 08/18/2006 09:21:03 ||||
| PACER Login: | ef0049 | Client Code: | |
| Description: | History/Documents | Search Criteria: | 8:93-cv-01163-LHM-RWR |
| Billable Pages: | 1 | Cost: | 0.08 |

# Illinois Department of Corrections Disciplinary Tracking Inmate
## Disciplinary Card

**Name:** MELVIN FARLOW  **IDOC #:** K92694

Transferred In: 6/27/2001   Disciplinary history from 01/01/98 through 04/01/08   Living Unit: STA/STA/C/06/43

| Incident Date Incident/Summ#/Inst. Ticket Type | Offense Codes, Descriptions | Disciplinary Action |
|---|---|---|

*No Discipline on System*

Division of Forensic Services
Springfield Forensic Science Laboratory
2040 HILL MEADOWS DRIVE
SPRINGFIELD, Illinois 62702-4696
(217) 782-4975 (Voice) * 1-(800) 255-3323 (TDD)

George H. Ryan
*Governor*

December 30, 1999

Sam W. Nolen
*Director*

INSPECTOR TREVOR STALETS
TASK FORCE X, DECATUR
PO BOX 617
DECATUR IL 62525

Laboratory Case #S99-002635

SUPPLEMENTAL REPORT

OFFENSE: Violation of Controlled Substances Act
SUSPECT: George W. Allen

The following evidence was received from Inspector Trevor Stalets by the Springfield Forensic Science Laboratory on November 2, 1999:

| EXHIBIT | ITEM SUBMITTED |
|---|---|
| 5 | Copies of fingerprint cards of Melvin Lee Farlow |

**EXAMINATION AND RESULTS:**
Examination of the previously reported ridge detail revealed one latent print suitable for comparison. Comparison of the suitable latent print to the submitted fingerprint cards did **not** reveal an identification.

**REMARKS:**
The evidence will be returned at the laboratory.

Respectfully submitted,

*John E. Carnes*
John E. Carnes
Forensic Scientist

*Melvin Farlow*

"OFFICIAL SEAL"
Karen S. West
Notary Public, State of Illinois
My Commission Expires 8/6/2001

*Karen S. West  5/21/07*

4-13-99-(w/h 2010

**American Surety Company**
P.O. Box 668332, Indianapolis, IN 46268

**CERTIFICATE OF DISCHARGE BOND** No. _____

POWER AMOUNT
$25,000

AS251 12661

This is to certify that on or about the _____ day of _____ 19 _____ (Example

records of _____ Court and found that the bond with corresponding power number _____

has been discharged of record by reason of the following disposition: ☐ Pled Guilty ☐ Found Guilty ☐ Case Dism.

☐ Forfeiture Paid ☐ Other _____

Date of Discharge _____ Person rendering decision _____

Witness my hand and official seal this _____ day _____ 19 _____

of _____ Clerk of Court

Bond Executed the 13th day of April 1999

Bond Amount $ 20,000   Appearance Date 5-3-99  Premium $ _____ Attorney _____

Defendant: Michael Lee Luttrell  Address _____ City _____ State _____

Court _____ Case # _____   If Rewrite _____ Original Amount _____

County LaPorte   Septenne   Original No. _____

Offense HS 35-13-2(a)   Collateral (Circle One): Describe _____
                        Indemnitor

Executing Agent: Barne J. Ohio  Date of Birth 10-2-63  Soc. Sec. # _____

Co-Defendants _____

Credit Ref. & Acct. #'s _____

Spouse _____ Add. _____ Phone _____ How long _____

Employed By _____



# GROVER L. PORTER, ATTORNEY AT LAW

314 West Second Street #101 • San Bernardino, CA 92401 • (909) 884-0586 • (909) 384-1230

March 14, 2000

Mr. Melvin Farlow
2084 Palm Avenue
Rialto, CA 92377

Dear Mr. Farlow:

This letter is to inform you that I have been checking with the District Attorney, on a regular basis, to see if a case has been filed against you. As of this date, nothing has been filed.

I will check again on April 12 and April 13. The District Attorney has until April 14 to file a case.

Should you have any questions, please call me at your earliest convenience.

Respectfully,

GROVER L. PORTER
ATTORNEY AT LAW

GLP/sek

# GROVER L. PORTER, ATTORNEY AT LAW

344 West Second Street #101 • San Bernardino, CA 92401 • (909) 884-0586 • (909) 384-1230

April 13, 2000

Mr. Melvin Farlow
2084 Palm Avenue
Rialto, CA 92377

Dear Mr. Farlow:

As you are aware, we have been monitoring your case with the District Attorney's Office. This letter is to inform you that it has been one year this date since the incident occurred. The District Attorney's Office has chosen not to file a case against you.

If I can be of any further assistance to you in the future, please contact me at your earliest convenience.

Respectfully,

GROVER L. PORTER
ATTORNEY AT LAW

GLP/sek

APR.-09'99(FRI) 19:42    D M V  SACRAMENTO                    TEL:916 657 8222              P



FRI APR 09 1999 16.36

LICENSE ID - C4286749
ISSUE DATE 09-25-1995
ISSUING OFFICE - 657
DRIVERS LICENSE

*Melvin Farlow*

MELVIN LEE FARLOW

CALIFORNIA DEPARTMENT OF MOTOR VEHICLES
FOR DMV OR LAW ENFORCEMENT USE ONLY

APR-09-1999  20:48              916 657 8222                                    P.6