E-FILED
Monday, 12 May, 2008  01:32:33 PM
Clerk, U.S. District Court, ILCD

08-2001
FILED
MAY 12 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Time: 5:00 pm
Date: 5-7-08 Wednesday
Place: Stateville Max C-643
Inmate: Mr. Farlow K92694

    Ms. Robinson, how are you doing ? Fine I pray. I just received my Legal Documents back today. I pray that the bearing evidence on these documents will help me. My Attorney Asher Geisler told me and my Family that I could not face my accuser, when I asked him why he told me thats the way it is in Illinois. I told him I never been to the State of Illinois in my life. I also asked him how could someone make these accusation against me but I can't face them. He told me that he would let me represent myself if I said anything else about it, so I had to keep my mouth shut. "But" Asher Geisler forgot to tell me, and my family that George Allen was a client of his for years not just George Allen but his family members as well. Please help me please!!

    Here's a man on parole the Courts gave 48 months Probation, but the same Courts gave me 75 years. Is George Allen's life value worth more to his family then my life value is to my kids and family? This crime was committed in the State of California, but the Courts in California said there is no evidence to charge me with these crimes, but the State of Illinois allowed evidence in my case that did not even exist, when I tried to say something my Attorney Asher Geisler told me not to worry about it, it's just hear say. I pray that the Federal Courts will give me my life back. Here's the Documents to show that the State of Illinois allowed testimony of Officer's that brutally beat me with my hands cuffed to my ankles in 1993. When I told my Attorney Asher Geisler about the 1993 case he told me he was not going to bring that up because the jurors would not believe me over the Officers, thats why I say my Attorney Asher Geisler was ineffective in representing me. I later found out that George Allen was a client of his, that's a conflict of interest to me. Mr. Geishler could not help me without hurting his former client George Allen. I was mislead and misrepresented and lied to for months by my Attorney Asher Geisler. When I found out I tried to make contact with Mr.

Geisler but he would not take my call or answer my letters. He got what he wanted and that was the money.

    Now my Children don't have a Father. I have not seen none of my children in 8 years, they can not afford to come out here to see me and no one in my family has the financial means to pay for them to come out here to see me in Illinois from the State of California. I don't know anyone out here in Illinois. I pray that the Courts will please give me another chance at life.

    Ms. Robinson, can you please forward this information to the Chief Judge Michael P. McCuskey and send me a stamped filed copy in return?

                                            Thank you
                                                                 & 
                                              God Bless,
                                              Sincerely,

                                      /s/ *Melvin Farlow*
                                                 K92694

# ED FOX & ASSOCIATES

ATTORNEYS AT LAW
www.efox-law.com

300 W. Adams Street
Suite 330
Chicago, Illinois 60606
(312) 345-8877
(312) 853-3489 Facsimile

Edward M. Fox
Garrett W. Browne
Meghan A. Gonnissen
Robin A. Grinnalds

Writer's Direct Dial: Ext. 223
Email: efox@efox-law.com

August 18, 2006

Melvin Farlow K92694
PO Box 112
Joliet, IL 60434

Re:   *Requested Information*

Mr. Farlow,

Enclosed please find the docket sheet of your case in California. The name of the firm was:

Klass, Helman & Ross
11645 Wilshire
Los Angeles, CA
213-277-2224

Sincerely,

Edward M. Fox/le
Edward M. Fox
EMF/le

Enclosure

(XXRWRx), CLOSED

## U.S. District Court
## CENTRAL DISTRICT OF CALIFORNIA (Southern Division - Santa Ana)
## CIVIL DOCKET FOR CASE #: 8:93-cv-01163-LHM-RWR

Melvin Farlow v. San Bernardino Cty, et al
Assigned to: Judge Linda H. McLaughlin
Referred to: Magistrate Judge Ronald W. Rose
Demand: $0
Cause: 42:1983 Civil Rights Act

Date Filed: 11/24/1993
Jury Demand: Both
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Melvin Farlow**     represented by **Edward M Fox**
Edward M Fox [redacted]

*Klass, Helman & Ross*
*11645 Wilshire*
*Los Angeles, CA*
*(213) 277-2224*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**San Bernardino County**     represented by **Jean Cihigoyenetche**
*a political subdivision of the State of*     Cihigoyenetche Grossberg & Clouse
*California*     8038 Haven Ave, Ste E
Rancho Cucamonga, CA 91730
909-483-1850
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin M Osterberg**
Haight Brown & Bonesteel
3750 University Avenue, Suite 240
Riverside, CA 92501
951-341-8300
Email: Kosterberg@hbblaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard R Clouse**
Cihigoyenetche Grossberg & Clouse
8038 Haven Ave, Ste E
Rancho Cucamonga, CA 91730
909-483-1850
Email: riclouse@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott J Grossberg**

                    Cihigoyenetche Grossberg & Clouse
                    8038 Haven Ave, Ste E
                    Rancho Cucamonga, CA 91730
                    909-483-1850
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

                    **Susan M Sharpless**
                    Cihigoyenetche Grossberg & Clouse
                    8038 Haven Ave, Ste E
                    Rancho Cucamonga, CA 91730
                    909-483-1850
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Salazar**
*Deputy*

represented by **Jean Cihigoyenetche**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cannon**
*Deputy*

represented by **Jean Cihigoyenetche**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                    **Kevin M Osterberg**
                    (See above for address)
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

                    **Richard R Clouse**
                    (See above for address)
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

                    **Scott J Grossberg**
                    (See above for address)
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

                    **Susan M Sharpless**
                    (See above for address)
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Johnson**
*Deputy*

**Defendant**

**Does**

**Defendant**

Jeremy Dorrough
*sued as Doe 6*

represented by **Jean Cihigoyenetche**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin M Osterberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard R Clouse**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott J Grossberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M Sharpless**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/24/1993 | 1 | COMPLAINT (Summons(es) issued) (referred to Discovery Ronald W. Rose ) (ruiz) (Entered: 11/30/1993) |
| 12/12/1993 | 2 | NOTICE OF DISCREPANCY AND ORDER by Judge Linda H. McLaughlin Demand for Jury Trial has no proof of svc. ORD doc to be fld & processed. (cj) (Entered: 12/14/1993) |
| 12/12/1993 | 3 | DEMAND for jury trial by plaintiff (cj) (Entered: 12/14/1993) |
| 12/27/1993 | 4 | ANSWER by defendant San Bernardino Cty, defendant - - Cannon to complt [1-1]; jury demand (cj) (Entered: 12/28/1993) |
| 01/13/1994 | 5 | ANSWER by defendant San Bernardino Cty, defendant - - Salazar, defendant - - Cannon to cmplt [1-1]; jury demand (ruiz) (Entered: 01/14/1994) |
| 01/20/1994 | 7 | ANSWER by defendant Jeremy Dorrough to [1-1]; jury demand (ruiz) (Entered: 02/02/1994) |
| 01/27/1994 | 6 | Return document to atty re: Ans (ruiz) (Entered: 01/27/1994) |
| 02/04/1994 | 8 | JOINT REPORT OF EARLY MEETING OF COUNSEL Length of trial 4 days (cj) (Entered: 02/08/1994) |
| 02/10/1994 | 9 | MINUTES: Trial 10/4/94: Ords j/t accompany this m/o. 3/2/94: JR to be fi stating in detail the dscvy sched, anticpated mtns, andprop the name of mutually acceptable retired |

| | | |
|---|---|---|
| | | jdg or other person [not mag jdg] to whom case may be reffred for arbitration & or settlement conference. the crt reads the ptys JR & expects full compliance w/crt ords & L.R. in preparing the reports. by Judge Linda H. McLaughlin CR: n/a (cc: all counsel) (ruiz) (Entered: 02/15/1994) |
| 02/10/1994 | 10 | ORDER establishinhg a dsvy cut-off 7/29/94; Setting a mtn cut-off 8/29/94; by Judge Linda H. McLaughlin ; pretrial conference on 3:00 8/29/94 ; jury trial set on 8:00 10/4/94 (cc: all counsel) (ruiz) (Entered: 02/15/1994) |
| 02/28/1994 | 11 | JOINT REPORT OF EARLY MEETING OF COUNSEL Length of trial no dates (Amd) (ruiz) (Entered: 03/02/1994) |
| 03/07/1994 | 12 | MINUTES: the crt notes that Dfts list five () attys as cnsl of record; therefore, the vacation plans of one of the five attys is not viable reason to continue the trial date set in February. 3/16/94: JR to be fi informing the crt of specific date & arrangement for settlement conference. by Judge Linda H. McLaughlin CR: n/a (cc: all counsel) (ruiz) (Entered: 03/11/1994) |
| 03/16/1994 | 13 | Joint report of setting of vol settlement conference by blank (space) Frank Nieto, blank (space) Laron Taylor, blank (space) Thomas Shenton, blank (space) Jeffrey Notaro, blank (space) Jeremy Dorrough, defendant San Bernardino Cty, defendant - - Salazar, defendant - - Cannon, defendant - - Johnson, defendant Jeremy Dorrough (ruiz) (Entered: 03/23/1994) |
| 03/20/1994 | 14 | MINUTES: 4/18/94: JR to be fi reporting results of setlement conference before Jdg Turner &, in light thereof, mk any recommendation tot he crt re the case which theptys consider appropriate by Judge Linda H. McLaughlin CR: n/a (cc: all counsel) (ruiz) (Entered: 03/24/1994) |
| 04/20/1994 | 15 | JOINT REPORT of ntc of cont of vol settlement conf (krpa) (Entered: 04/21/1994) |
| 05/13/1994 | 16 | MINUTES: The crt has read & considered the JSR 5/13/94 and acknowleges the efforts of cnsl & the ptys to resolve the case. 5/31/94: Further JR to be fi. In ord to maintain settlm,ent momentum, & in light of Pltf's release around 5/22/94 , the crt reqs theptys concentrate immediately on pltfs medical evaluation & settlement by Judge Linda H. McLaughlin CR: n/a (cc: all counsel) (ruiz) (Entered: 05/16/1994) |
| 05/13/1994 | 17 | Joint status conference br by plaintiff Melvin Farlow, defendant San Bernardino Cty (ruiz) (Entered: 05/16/1994) |
| 05/31/1994 | 18 | Joint s/c br by defendant San Bernardino Cty, defendant - Salazar, defendant - - Cannon, defendant Does (ruiz) (Entered: 06/01/1994) |
| 05/31/1994 | 19 | MINUTES: The crt has read & considered the JR fi 5/31/94. 6/14/94: In light of the short delays indicted in the JR & the continuing eforts toward settlement, the crt req the ptys fi a JR 6/14/94 updating progress by Judge Linda H. McLaughlin CR: n/a (cc: all counsel) (ruiz) (Entered: 06/07/1994) |
| 06/22/1994 | 20 | Joint status conference br by defendant San Bernardino Cty, defendant - Salazar, defendant - - Cannon, defendant - - Johnson, defendant Jeremy Dorrough (ruiz) (Entered: 06/23/1994) |
| 06/29/1994 | 21 | STIPULATION and ORDER by Judge Linda H. McLaughlin dismissing case w/prej. MD JS6 (cjv) (Entered: 06/30/1994) |

**8:93-cv-01163-LHM-RWR** Melvin Farlow v. San Bernardino Cty, et al
Linda H. McLaughlin, presiding
Ronald W. Rose, referral
**Date filed:** 11/24/1993
**Date terminated:** 06/29/1994 **Date of last filing:** 06/29/1994

## Documents

There are no documents for this case.

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/18/2006 09:21:03 | | | |
| PACER Login: | ef0049 | Client Code: | |
| Description: | History/Documents | Search Criteria: | 8:93-cv-01163-LHM-RWR |
| Billable Pages: | 1 | Cost: | 0.08 |

IN THE CIRCUIT COURT FOR THE SIXTH JUDICIAL CIRCUIT

MACON COUNTY, DECATUR, ILLINOIS

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | |
| ) | |
| MELVIN LEE FARLOW, ) | Docket No. 99-CF-1532 |
| ) | |
| Defendant, ) | |

**FILED**
**DEC 19 2000**
Kathy A. Hott
Circuit Clerk

M O T I O N

Now comes the Defendant by his attorneys, Geisler Law Offices, and respectfully files herein his motion for a judgement notwithstanding the verdict, or, in the alternative for a new trial, and alleges as follows:

1. That this matter came on for a jury trial on December 11, 2000 and that the jury returned a verdict of guilty as to Count IV Conspiracy on December 15, 2000 and failed to return a verdict on Counts I and II and the Court entered judgment on Count IV and declared a mistrial as to counts I and II on December 15, 2000.

2. That this motion is timely filed within 30 days of the said order of this court and the return of the verdict herein by the jury.

3. That the court erred in not granting the Defendant's motion at the close of the People's evidence and of all of the evidence in this case for a motion for directed verdict in favor of the Defendant as the evidence in this cause was not sufficient to prove the Defendant guilty beyond a reasonable doubt.

4. That the court further erred in allowing evidence of other crimes to be introduced into this case as to the events and the drugs found in the State of California as no charges were ever filed therein and the People argued that it was a part of the "res gestae" but in fact it was not and none of the exceptions that the court found to apply to the other crimes did in fact apply to those facts and the prejudice of this crime far outweighed the probative value thereof and the Court erred in allowing said evidence to be heard by the jury.

5. That the evidence in this cause was not sufficient to prove the guilt of the Defendant beyond a reasonable doubt.

WHEREFORE IT IS PRAYED that the court will set aside the verdict of the jury herein as to Count IV and will enter a judgement of not guilty of the crime of conspiracy, or, in the alternative that the court will set aside the verdict of the jury and order a new trial herein; and,

FURTHER, that the court will grant such other and further relief as may be proper herein.

Melvin Lee Farlow, Defendant

BY: _____
One of His Attorneys

## PROOF OF NOTICE

The undersigned, upon his oath says that he mailed a true, accurate and correct copy of the foregoing pleading to the following named persons at the address/es set forth after their names in an envelope so addressed after it was properly sealed and with the correct postage thereon by placing the same in the United States Mail service on December 19, 2000.

Mr. Jay Scott
Assistant States Attorney
Macon County Courthouse – Fourth Floor
253 E. Wood Street
Decatur, Illinois 62523

_____
Asher O. Geisler

**GEISLER LAW OFFICES**
**241 S. Main Street - P. O. Box 1547**
**Decatur, Illinois 62525-1547**
**Phone 423-8081 ( AC 217 )**



# Record Sheet

The Record Sheet for the selected case is displayed below. You may select additional case information by selecting from the drop-down list below this information.

**Case:** 1999 CF 001771 D 001
**Litigant:** ALLEN, GEORGE W
**Closed Date:** 02/13/2002

| Date | Remarks |
|---|---|
| 12/21/99 | **Complaint filed on 12/16/1999. |
| 12/21/99 | ------------------------------------------------- |
| 01/28/00 | People present by Mr. Finney. Verified Information on file. |
| 01/28/00 | Defendant present pursuant to Summons. Defendant tendered a copy of |
| 01/28/00 | the information and admonished as to the charges, penalties, and |
| 01/28/00 | constitutional rights. Defendant's age is 27. |
| 01/28/00 | Affidavit for Public Defender on file. Public Defender appointed for |
| 01/28/00 | the defendant. |
| 01/28/00 | Preliminary hrg set for 02/10/2000 at 10:00 in courtroom 3B. |
| 01/28/00 | ------------------------------------------------- |
| 02/03/00 | People present by Ms. Bolton. No appearance by the Defendant. |
| 02/03/00 | Docket made in error |
| 02/03/00 | cause not allotted |
| 02/03/00 | til 2/10/00 |
| 02/03/00 | ....... |
| 02/10/00 | Asst. State's Attorney, Ms. Bolton, present. Defendant present |
| 02/10/00 | and with Mr. Baxter. Written waiver of prelim. hearing on |
| 02/10/00 | file. Plea of not guilty. Pretrial Discovery Order and Answer on |
| 02/10/00 | file. Defendant admonished as to his right to be tried and sentenced |
| 02/10/00 | in absentia. All motions to be filed by April 5, 2000. |
| 02/10/00 | Cause assigned to Mr. Rau. |
| 02/10/00 | Status hearing set for 03/06/2000 at 08:30 in courtroom 3B. |
| 02/10/00 | ------------------------------------------------- |
| 02/15/00 | Defendant's Discovery Answer on file as of Feb. 15, 2000.ch |
| 02/15/00 | ------------------------------------------------- |
| 02/24/00 | Additional answer to pre-trial discovery order on file this date Feb. |
| 02/24/00 | 24, 2000. brm |
| 02/24/00 | ------------------------------------------------- |
| 03/06/00 | People present by Mr. Ahola. The Defendant is present and with |
| 03/06/00 | Counsel, Mr. Rau. |
| 03/06/00 | Status hearing set for 04/03/2000 at 08:30 in courtroom 3B. |
| 03/06/00 | ------------------------------------------------- |
| 04/03/00 | People present by Mr. Ahola. The Defendant is present and with |

| Date | Entry |
|---|---|
| 04/03/00 | Counsel, Mr. Rau. |
| 04/03/00 | Status hearing set for 06/05/2000 at 08:30 in courtroom 3B. |
| 04/03/00 | ------------------------------------------------- |
| 06/05/00 | People present by Mr. Ahola. The Defendant is present and with |
| 06/05/00 | Counsel, Mr. Rau. |
| 06/05/00 | Status hearing set for 08/07/2000 at 08:30 in courtroom 3B. |
| 06/05/00 | ------------------------------------------------- |
| 08/07/00 | Assistant State's Attorney Jack Ahola present. Defendant present. |
| 08/07/00 | Attorney James Coryell present for Mr. Rau. On the motion of the |
| 08/07/00 | Defendant, case is continued for jury pretrial on October 2, 2000 |
| 08/07/00 | at 10:00 a.m. in courtroom 3A. |
| 08/07/00 | ------------------------------------------------- |
| 10/02/00 | Assistant State's Attorney Jack Ahola present. Defendant |
| 10/02/00 | not present. Attorney Brad Rau present |
| 10/02/00 | for Defendant. On the motion of the Defendant, case is continued |
| 10/02/00 | for jury pretrial on January 2, 2001 at 1:30 p.m. in courtroom 3B. |
| 10/02/00 | ------------------------------------------------- |
| 01/02/01 | People present by Assistant State's Attorney Jack Ahola. |
| 01/02/01 | Defendant present with Attorney Brad Rau. |
| 01/02/01 | On motion of Defendant, no objection by People, cause reallotted. |
| 01/02/01 | Jury pre-trial set for 04/02/2001 at 01:30 in courtroom 3B. |
| 01/02/01 | ------------------------------------------------- |
| 04/02/01 | People present by Assistant State's Attorney Jack Ahola. |
| 04/02/01 | Defendant present with Attorney Brad Rau. |
| 04/02/01 | Pursuant to agreement, cause reallotted. |
| 04/02/01 | Jury pre-trial set for 06/04/2001 at 01:30 in courtroom 3B. |
| 04/02/01 | ------------------------------------------------- |
| 05/25/01 | Trial Judge's Report On Felony Cases Pending Over One Hundred And |
| 05/25/01 | Eighty Days filed for period ending December 31, 2000. |
| 05/25/01 | ------------------------------------------------- |
| 06/04/01 | People present by Assistant State's Attorney Jack Ahola. |
| 06/04/01 | Defendant present with Attorney Brad Rau. |
| 06/04/01 | Pursuant to agreement, cause reallotted. |
| 06/04/01 | Jury pre-trial set for 08/06/2001 at 01:30 in courtroom 3B. |
| 06/04/01 | ------------------------------------------------- |
| 07/26/01 | Trial Judge's Report On Felony Cases Pending Over One Hundred And |
| 07/26/01 | Eighty Days filed for period ending June 30, 2001. |
| 07/26/01 | ------------------------------------------------- |
| 08/06/01 | People present by Assistant State's Attorney Jack Ahola. |
| 08/06/01 | Defendant present with Attorney Brad Rau. |
| 08/06/01 | On motion of Defendant, no objection by People, cause reallotted. |
| 08/06/01 | Jury pre-trial set for 10/01/2001 at 01:30 in courtroom 3B. |
| 08/06/01 | ------------------------------------------------- |
| 10/01/01 | People present by Assistant State's Attorney Jack Ahola. |
| 10/01/01 | Defendant present with Attorney Brad Rau. |
| 10/01/01 | Pursuant to agreement, cause reallotted. |
| 10/01/01 | Jury pre-trial set for 11/26/2001 at 01:30 in courtroom 3B. |

| Date | Entry |
|---|---|
| 10/01/01 | ------------------------------------------------------------ |
| 11/26/01 | People present by Assistant State's Attorney Jack Ahola. |
| 11/26/01 | Defendant present with Attorney Brad Rau. |
| 11/26/01 | Pursuant to agreement, cause reallotted. |
| 11/26/01 | Jury pre-trial set for 01/07/2002 at 01:30 in courtroom 3B. |
| 11/26/01 | ------------------------------------------------------------ |
| 01/07/02 | People present by Assistant State's Attorney Jack Ahola. |
| 01/07/02 | Defendant present with Attorney Brad Rau. |
| 01/07/02 | On motion of Defendant, no objection by People, cause reallotted. |
| 01/07/02 | Disposition hrg set for 01/16/2002 at 01:30 in courtroom 3B. |
| 01/07/02 | ------------------------------------------------------------ |
| 01/16/02 | People present by Assistant State's Attorney Richard Current. |
| 01/16/02 | Defendant present with Attorney Brad Rau. |
| 01/16/02 | On motion of Mr. Rau, cause allotted for disposition. |
| 01/16/02 | Disposition hrg set for 02/13/2002 at 01:30 in courtroom 3B. |
| 01/16/02 | Court Services directed to prepare a Pre-Disposition Report. |
| 01/16/02 | Defendant directed to report to the probation office this date. |
| 01/16/02 | ------------------------------------------------------------ |
| 01/16/02 | Trial Judge's Report On Felony Cases Pending Over One Hundred And |
| 01/16/02 | Eighty Days filed for period ending December 31, 2001. |
| 01/16/02 | ------------------------------------------------------------ |
| 01/30/02 | Pre-Disposition Report on file this date.(cp) |
| 01/30/02 | ------------------------------------------------------------ |
| 02/13/02 | People present by Assistant State's Attorney Amy Waks. |
| 02/13/02 | Defendant present with Attorney Brad Rau. |
| 02/13/02 | Defendant offers to enter plea of guilty pursuant to a plea agreement |
| 02/13/02 | Plea is to Additional Information Count IX, Unlawful Possession of |
| 02/13/02 | Controlled Substance with Intent to Deliver, a Class 1 Felony. |
| 02/13/02 | On motion of the People, pursuant to negotiations, Counts I, II, III |
| 02/13/02 | and IV are dismissed and stricken. Written jury trial waiver filed. |
| 02/13/02 | Defendant is examined in open court. Finding by the court that the |
| 02/13/02 | plea is knowingly, voluntarily and intelligently made. Further |
| 02/13/02 | finding by the court that there is a factual basis for the plea. |
| 02/13/02 | Representations and findings made as to prior record of criminality. |
| 02/13/02 | Parties waive preparation of a pre-sentence report. |
| 02/13/02 | Concurrence by the court in the negotiations. |
| 02/13/02 | Acceptance and judgment on the plea. Defendant is placed on |
| 02/13/02 | probation for a period of 4 years under the usual rules and |
| 02/13/02 | conditions and with the additional conditions that the Defendant |
| 02/13/02 | pay a ... Fee of 55 |
| 02/13/02 | and a Drug Treatment Assessment of $2,000. |
| 02/13/02 | Order of Distribution of Street Value Fines and |
| 02/13/02 | Order Assessing Crime Laboratory Fee entered and filed. |
| 02/13/02 | Defendant ordered to make payments of $100 per month commencing |
| 02/13/02 | 3-15-02 with balance to be paid by the end of the period of probation. |
| 02/13/02 | Certificate of Conditions entered and filed. |
| 02/13/02 | Defendant advised as to his right to appeal. |

| 02/13/02 | -------------------------------------------------------------- |

## MORE INFORMATION?

To view additional information about this case, select the type of information below and click **Display Case Info!**

[ Civil Disposition ▼ ]    [ Display Case Info! ]    New Search?

Office of the Circuit Clerk | Court Information | Courthouse Map & Parking
Staff Directory | What's New in Macon County

Home | Search | Write Us | Site Map



## Criminal Disposition

The Criminal Disposition for the selected case is displayed below. You may select additional case information by selecting from the drop-down list below this information.

- HOME
- SEARCH
- WRITE US
- SITE MAP

Case: 1999 CF 001771 D 001
Litigant: ALLEN, GEORGE W

| Cnt | Chg | Dsp | Snt | Charge/Disp/Sentence | Status | Inc/Plea Date | Yr-Mo-Dys-Hrs |
|---|---|---|---|---|---|---|---|
| 01 | 01 | | | CONTROLLED SUB TRAFFICKING | | | |
| 01 | 01 | 01 | | Dismiss/State Motion | | 02/13/2002 | |
| 02 | 01 | | | CALCULATED CRIM DRUG CONSPIR | | | |
| 02 | 01 | 01 | | Dismiss/State Motion | | 02/13/2002 | |
| 03 | 01 | | | MFG/DEL 15<100 GR COCA/ANALOG | | | |
| 03 | 01 | 01 | | Dismiss/State Motion | | 02/13/2002 | |
| 04 | 01 | | | POSSESS 400<900 GRAMS COCAINE | | | |
| 04 | 01 | 01 | | Dismiss/State Motion | | 02/13/2002 | |
| 05 | 01 | | | MFG/DEL 01-15 GR COCAINE/ANLG | | /Guilty | |
| 05 | 01 | 01 | | Guilty | | 02/13/2002 | |
| 05 | 01 | 01 | 01 | Probation/Spec Cond | In force | 02/13/2002 | 00-48-000-000 |

### MORE INFORMATION?

To view additional information about this case, select the type of information below and click **Display Case Info!**

[Record Sheet ▼]   [Display Case Info!]   New Search?

Office of the Circuit Clerk | Court Information | Courthouse Map & Parking
Staff Directory | What's New in Macon County

Home | Search | Write Us | Site Map

# Macon County Circuit Court

## Record Sheet

The Record Sheet for the selected case is displayed below. You may select additional case information by selecting from the drop-down list below this information.

HOME
SEARCH
WRITE US
SITE MAP

Case: 1997 CF 000445 D 002
Litigant: ALLEN, GEORGE
Closed Date: 12/19/1997

| Date | Remarks |
|---|---|
| 04/04/97 | **Complaint filed on 04/04/1997. |
| 04/04/97 | ---------------------------------------------------------------- |
| 04/04/97 | People present by Ms. Bolton. Verified Information on file. |
| 04/04/97 | Defendant present pursuant to Bond. Defendant tendered a copy of the |
| 04/04/97 | information and admonished as to the charges, penalties, and |
| 04/04/97 | constitutional rights. Defendant's age is 24. Bond is $1,000. |
| 04/04/97 | Appearance/counsel set for 04/25/1997 at 09:00 in courtroom 9. |
| 04/04/97 | ---------------------------------------------------------------- |
| 04/25/97 | People present by Mr. Foote. Defendant present. Final continuance. |
| 04/25/97 | Appearance/counsel set for 05/09/1997 at 09:00 in courtroom 9. |
| 04/25/97 | ---------------------------------------------------------------- |
| 05/09/97 | People present by Mr. Foote. Defendant present. Entry of appearance |
| 05/09/97 | of Asher Geisler. |
| 05/09/97 | Preliminary hrg set for 05/20/1997 at 01:30 in courtroom 9. |
| 05/09/97 | ---------------------------------------------------------------- |
| 05/20/97 | State's Attorney Larry Fichter present. Defendant present with |
| 05/20/97 | counsel, Mr. Geisler. Cause called for preliminary hearing. |
| 05/20/97 | There is probable cause to believe the defendant committed the |
| 05/20/97 | offenses in the information. Pretrial Discovery Order and Answer on |
| 05/20/97 | file. Defendant admonished as to his right to be tried and sentenced |
| 05/20/97 | in absentia. |
| 05/20/97 | Status hearing set for 06/02/1997 at 08:30 in courtroom 5. |
| 05/20/97 | ---------------------------------------------------------------- |
| 06/02/97 | Assistant State's Attorney Jack Ahola present. Defendant present with |
| 06/02/97 | counsel Asher Geisler. Motion by defendant to continue status. No |
| 06/02/97 | objection. Motion allowed. Status continued. Clerk directed to send |
| 06/02/97 | notice to attorney for defendant and defendant of status hearing by |
| 06/02/97 | regular mail. |
| 06/02/97 | Status hearing set for 07/07/1997 at 08:30 in courtroom 5. |
| 06/02/97 | ---------------------------------------------------------------- |
| 06/04/97 | Certificate of mailing on file as of June 4, 1997. (ch) |
| 06/04/97 | ---------------------------------------------------------------- |
| 07/07/97 | Assistant State's Attorney Jay Scott present. Defendant present by |

| Date | Entry |
|---|---|
| 07/07/97 | counsel Gary Geisler. Motion by defendant to continue status. No |
| 07/07/97 | objection. Motion allowed. Cause reallotted for status. |
| 07/07/97 | Status hearing set for 08/04/1997 at 08:30 in courtroom 5. |
| 07/07/97 | ---------------------------------------------------------------- |
| 08/04/97 | Assistant State's Attorney Jack Ahola present. Defendant present by |
| 08/04/97 | counsel Asher Geisler. Cause allotted for pre-trial. |
| 08/04/97 | Pre-trial/sch conf set for 10/06/1997 at 09:30 in courtroom 5. |
| 08/04/97 | ---------------------------------------------------------------- |
| 09/08/97 | Additional Answer to Pre-Trial Discovery Order on file . (cp) |
| 09/08/97 | ---------------------------------------------------------------- |
| 10/06/97 | Assistant State's Attorney Jack Ahola present. Defendant present by |
| 10/06/97 | counsel Asher O. Geisler. Cause allotted for disposition. |
| 10/06/97 | Disposition hrg set for 10/08/1997 at 01:30 in courtroom 5. |
| 10/06/97 | ---------------------------------------------------------------- |
| 10/08/97 | Assistant State's Attorney Mary Bolton present. Defendant present by |
| 10/08/97 | counsel Asher O. Geisler. On motion of defendant, cause continued. |
| 10/08/97 | Disposition hrg set for 10/22/1997 at 01:30 in courtroom 5. |
| 10/08/97 | ---------------------------------------------------------------- |
| 10/22/97 | Assistant State's Attorney Mary Bolton present. Defendant present |
| 10/22/97 | with counsel Asher O. Geisler. Defendant waives his rights, files |
| 10/22/97 | waiver of trial by jury, and pleads guilty to Count II. Remaining |
| 10/22/97 | counts as to this defendant dismissed. Court accepts the plea and |
| 10/22/97 | finds the defendant has been advised of his rights, that he understand |
| 10/22/97 | his rights and the consequences of his plea; further, that he under- |
| 10/22/97 | stands the possible penalties for the offense and persists in the plea |
| 10/22/97 | of guilty. Finding there is a factual basis for the plea and that the |
| 10/22/97 | plea was made voluntarily without any threats or promises. Cause |
| 10/22/97 | referred to the Probation Department for preparation of presentence |
| 10/22/97 | report. Cause allotted for sentencing hearing. |
| 10/22/97 | Sentencing hearing set for 11/25/1997 at 09:00 in courtroom 5. |
| 10/22/97 | ---------------------------------------------------------------- |
| 11/20/97 | Pre-Sentence Report on file as of Nov. 20, 1997. (ch) |
| 11/20/97 | ---------------------------------------------------------------- |
| 11/25/97 | Assistant State's Attorney Richard Current present. Defendant present |
| 11/25/97 | with counsel Asher O. Geisler. Cause called for sentencing hearing. |
| 11/25/97 | Motion by People to continue. Motion allowed. Defendant directed to |
| 11/25/97 | appear. |
| 11/25/97 | Sentencing hearing set for 12/12/1997 at 09:00 in courtroom 625. |
| 11/25/97 | ---------------------------------------------------------------- |
| 12/12/97 | Assistant State's Attorney Richard Current present. Defendant present |
| 12/12/97 | with counsel Asher O. Geisler. Cause called for sentencing hearing. |
| 12/12/97 | Evidence heard. On motion of defendant, cause referred for Intensive |
| 12/12/97 | Probatin Supervision evaluation. Cause continued. |
| 12/12/97 | Sentencing hearing set for 12/19/1997 at 09:00 in courtroom 625. |
| 12/12/97 | ---------------------------------------------------------------- |
| 12/19/97 | Assistant State's Attorney Mary Bolton present. Defendant present |
| 12/19/97 | with counsel Asher O. Geisler. Cause called for sentencing hearing. |

| | |
|---|---|
| 12/19/97 | Evidence heard. Court having considered the plea of guilty, the |
| 12/19/97 | statutory factors of aggravation and mitigation, the arguments of |
| 12/19/97 | counsel, the sentencing alternatives and the defendant's right of |
| 12/19/97 | allocution, court concurs with the plea agreement. Defendant is |
| 12/19/97 | sentenced to the Department of Corrections for a period of 2 years |
| 12/19/97 | with credit for time served of 1 day. Defendant admonished pursuant |
| 12/19/97 | to Supreme Court Rule 605(b). Bond forfeited and applied to fees and |
| 12/19/97 | costs. Defendant remanded to custody of the sheriff. Mittimus |
| 12/19/97 | ordered to issue. |
| 12/19/97 | ---------------------------------------------------------------- |
| 01/07/98 | Sentencing Judgment Illinois Department Of Corrections filed. |
| 01/07/98 | ---------------------------------------------------------------- |

MORE INFORMATION?

To view additional information about this case, select the type of information below and click **Display Case Info!**

 Civil Disposition     Display Case Info!    **New Search?**

Office of the Circuit Clerk | Court Information | Courthouse Map & Parking
Staff Directory | What's New in Macon County

Home | Search | Write Us | Site Map

# Macon County Circuit Court

## Criminal Disposition

The Criminal Disposition for the selected case is displayed below. You may select additional case information by selecting from the drop-down list below this information.

- HOME
- SEARCH
- WRITE US
- SITE MAP

**Case:** 1997 CF 000445 D 002
**Litigant:** ALLEN, GEORGE

| Cnt | Chg | Dsp | Snt | Charge/Disp/Sentence | | Inc/Plea | |
|---|---|---|---|---|---|---|---|
| | | | | | Status | Date | Yr-Mo-Dys-Hrs |
| 01 | 01 | | | FELON POSS/USE WEAPON/FIREARM | | /Guilty | |
| 01 | 01 | 01 | | Guilty | | 12/19/1997 | |
| 01 | 01 | 01 | 01 | DOC | In force | 12/19/1997 | 02-00-000-000 |
| 02 | 01 | | | POSS CANNABIS/10-30 GRAM/1ST | | | |
| 02 | 01 | 01 | | Dismiss/State Motion | | 12/19/1997 | |



**MORE INFORMATION?**

To view additional information about this case, select the type of information below and click **Display Case Info!**

[Record Sheet ▼]  [Display Case Info!]   New Search?

Office of the Circuit Clerk | Court Information | Courthouse Map & Parking
Staff Directory | What's New in Macon County

Home | Search | Write Us | Site Map