Time  8:00 AM
Date  5-4-08 Sunday
Place  State Ville Max
Inmate  Mr. Jarlow K92694

Ms. Robinson, how are you doing? Fine I pray. I have some legal papers that I need to send to you, I apologize for not sending it the first time but I have to wait for my Counselor to get copies. Today is Sunday, I should see my Counselor this week. When I ask for help in here everyone tries to take advantage of me because I'm from California. I really don't know nothing about the law thats why everyone keeps taking advantage of me. The documents will be in the mail this week. Thanks for your time.

Thank You
God Bless
Sincerely
Mr. Jarlow K92694  08-2001
State Ville Max  C-643

FILED
MAY 12 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS