# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**MELVIN FARLOW,**
**Petitioner,**

vs.                                                                 Case Number:   **08-2001**

**TERRY MCCANN,**
**Respondent.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that petition for writ of habeas corpus pursuant to 28 U.S.C. §2254 by a person in State Custody is dismissed as untimely.  Case is terminated.

ENTER this 28th day of May 2008.


s/Pamela E. Robinson, Clerk
PAMELA E. ROBINSON, CLERK


s/K. Wynn
BY:  DEPUTY CLERK