Time 7:00 AM
Date 6-10-08 Tuesday
Place    State Ville Prison Max C-643
Case Number 08-2001
Melvin Farlow K92694

Your Honor McCuskey, how are you doing? Fine I pray. You dimissed my Habeas Corpus Pursuant to 28 U.S.C. 2254 by a Person in State Custody is dismissed as untimely. Can you please tell me what to do next? I don't know nothing about the Law. The prison I'm in was on Lock Down most of 2007 & 06 I had no way to get the help I needed. I'm a poor person I have no money to get a Attorney or help of any Kind. Your Honor, is there any other Petition that I could file do to the circumstances of my case? Thanks for your time.

**FILED**

JUN 1 6 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

Thank You
&
God Bless

08-2001

Sincerely
Mr. Farlow K92694