E-FILED
Friday, 20 June, 2008 03:09:16 PM
Clerk, U.S. District Court, ILCD

they are Filming A Movie here in Stateville, because of the Movie we can not go to the Law Library. The Movie is more important Than us.

Time 8:40 PM
Date 6-17-08 Tuesday
Place StateVille Prison Max
Inmate Melvin Farlow K92694
Case No. 08-2001
We Are on Lock Down.

C-643

FILED
JUN 20 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Your Honor McCuskey, How are you doing? Fine I pray. I would like to ask your permission for a Certificate of Appealability. Can you please send me the Form for a Certificate of Appealability, and also the Address to send it to? Thank You.

Your Honor McCuskey, will you please give me, Allow me permission to File a Certificate of Appealability? The prison I'm in is on Lock Down, we can not go to the Law Library They Are Filming A Movie here with Actor Johnny Depp. Can you please give me more time? I don't Know when we are coming off this Lock Down. Thanks for your Time.

Thank You
God Bless
Sincerely
M Farlow K92694