Time 7:00 PM
Date 6-27-08 Friday
Place State Ville Prison Max  C-643
Inmate Melvin Farlow K92694
Case Number 2:08-CV-2001

FILED
JUL -3 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

To. Chief Judge Michael P. McCuskey

Your Honor, how are you doing? Fine I pray. I received the Letter for the Motion for Extension, to File a Motion for a Certificate of Appealability today, Thank You Your Honor. Once again the Prison that I am in is on Level One Lock Down. On Level One Lock Down we are locked up in the Cells for 24 hours a day, no Law Library, no way to get the help I need to work on my case. I've been in this Prison for nearly 8 years, I obey all the rules here, but every time another inmate does something wrong we all must suffer. This is the main reason why everything I file to the Courts is untimely. This Prison is on Lock Down more then it's off. Can you please tell me how to File a Certificate of Appealability, and is it a Form for it? If so can you please send me a form.

Thank You + God Bless
Sincerely Mr. Farlow K92694