# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| **MELVIN FARLOW,** ) | |
| ) | |
| **Petitioner,** ) | |
| v. ) | **Case No. 08-CV-2001** |
| ) | |
| **TERRY L. McCANN, Warden,** ) | |
| ) | |
| **Respondent.** ) | |

## ORDER

On May 28, 2008, this court entered an Opinion (#15) and granted Respondent's Motion to Dismiss Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. On June 23, 2008, Petitioner filed a Motion for Extension of Time (#18). This court construed the Motion to include a Notice of Appeal and allowed Petitioner until July 23, 2008, to file a motion for a certificate of appealability.

On July 3, 2008, Petitioner filed a Motion (#21) seeking advice regarding how to file his motion for a certificate of appealability.

IT IS THEREFORE ORDERED THAT:

(1) Petitioner's Motion (#21) is GRANTED.

(2) Petitioner is advised that his motion for a certificate of appealability should include a request for a certificate of appealability and an explanation regarding how he has made a substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253(c)(2).

(3) To the extent that Petitioner is requesting additional time to file his motion for a certificate of appealability, Petitioner is now allowed until August 6, 2008, to file his Motion.

ENTERED this  7th  day of   July  , 2008.

s/MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE