Time    6:30 AM
Date    7-7-08 Monday
Place   StateVille Prison MAX C-643
Inmate  Melvin Farlow K92694
Case Number 2:08-CV-2001

**FILED**
JUL 11 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

To: Clerk Pamela Robinson

How are you doing Ms. Robinson? Fine I pray. I received a extension to file a motion for a certificate of Appealability, from your Honor Chief Judge Michael McCuskey, on 6-27-08 Friday. My Petition was dismissed as untimely, but this Prison has been on Lock Down far more days then the 635 days elapsed on my Petition, no wrongdoing of mines. The Prison I'm in StateVille is on Level 1 Lock Down, there's no Law Library on Lock Down, we are locked in the cells for 24 hours a day. That's why everything I file is untimely. Can the Federal Courts please check my Claims to see if there's any truth to them before denying my Petition?

Thank You & God Bless
Sincerely Mr. Farlow K92694