Time 9:20 PM
Date 7-16-08 Wednesday
Place Stateville Prison Max
Inmate Melvin Farlow K92694
Case Number 08-2001

FILED
JUL 18 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

To, Chief Judge Michael P. McCuskey

Your Honor, how are you doing? Fine I pray. Thank you for the extension. We are still on Lock Down. The prison has been opening up my legal mail from you. They keep my mail for days. The prison is saying the mail from your office is not legal mail, so they can hold it as long as they want to. I'm sending you the Grievance I wrote to the prison so you can see I'm telling you the truth. How will I know what to do if the prison is holding my legal mail? Your Honor, I know you are tired of hearing from me, but I really don't want to die in prison. Thank you for your time.

Thank you & God Bless
Sincerely Mr. Farlow K92694

Date: 7-9-08  
Offender (Please Print): FARLOW  
ID#: K92694

Present Facility: State Ville  
Facility where grievance issue occurred: State Ville

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Mail Handling
- [ ] Restoration of Good Time
- [ ] Disability
- [ ] Staff Conduct
- [ ] Dietary
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ___/___/___ Date of Report    Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
- Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
- Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
- Chief Administrative Officer, only if EMERGENCY grievance.
- Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** Someone in the mail room is opening up my legal mail. This has happen over and over again. Does the mail room Supervisor know this is going on? I have the letter's from the Supreme Court to show that the mail room has been opening up my legal mail. I sent Major Matrisciano a letter about this problem before.

**Relief Requested:** I would like someone to look into this, and also make sure this does not happen again. Thank You & God Bless

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Mr. Farlow  
Offender's Signature    ID#: K92694    Date: 7,9,08

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 7,09,08

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: According to the Mailroom and the Legal Services Office at Stateville incoming mail from a clerk's office is not considered legal mail nor is incoming mail from the Attorney Registration and Disciplinary Commission.

David Mansfield CCII  
Print Counselor's Name    David Mansfield CCII  
Counselor's Signature    Date of Response: 7,16,08