*Level One Lock Down*

Time  9:25 PM
Date  7-21-08  Monday
Place  State Ville Prison Max G-643
Inmate  Melvin Farlow K92694
Case No. 08-CV-2001

**FILED**

JUL 2 4 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

To. Pamela E. Robinson, Clerk

Ms. Robinson, how are you doing? Fine I pray. The reason for this letter is, the prison will not let me go to the Law Library to get the help I need to file a Certificate of Appealability. I showed the prisons Officials the letter from Your Honor McCuskey, I was told that they dont care about no letter from a Judge, we are on Level One Lock Down. Can you please let me know what I can do if the prison will not allow me to go to the Law Library? Thanks for you time.

Thank You & God Bless
Sincerely
Mr. Farlow K92694