Time 5:38 PM
Date 7-27-08 Sunday
Place State Ville Prison Max C-643
Inmate Melvin Farlow K92694
Case Number 08-2001
State Ville is still on Level One Lock Down.
To Chief Judge Michael P. McCuskey

    Your Honor McCuskey, how are you doing? Fine I pray. State Ville is still on Level One Lock Down. I would like to know if you could please give me more time to file a Certificate of Appealability? I don't know when we are coming off this Lock Down. A inmate got shot here last Saturday 7-19-08. Also the prison is holding my legal mail from you, they say it's not legal mail. Thank you for your time.

FILED
JUL 30 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Thank You
God Bless
Sincerely

Mr. Farlow K92694