United States District Court
Central District of Illinois
Urbana Division

Time 10:30 AM
Date 8-2-08 Saturday
Place Stateville Prison Max C-643
Inmate Melvin Farlow K92694
Case No. 08-CV-2001

Melvin Farlow
    Petitioner
v.
Terry L. McCann, Warden
    Respondent

Case No. 08-CV-2001

FILED
AUG - 6 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Motion
U.S. District Court
Central District of Illinois

I would like to know if the Courts will give me a Attorney to help me file a Certificate of Appealability? I have no way to get help to work on my case, we are on Lock Down, and I don't know nothing about the Law to help myself.

Thank You
God Bless
Sincerely Mr. Farlow K92694