United States District Court
Central District of Illinois
Urbana Division

Time 10:00 AM
Date 8-2-08 Saturday
Place State Ville Prison Max C-643
Inmate Melvin Farlow K92694
Case No. 08-CV-2001

Melvin Farlow
    Petitioner
v.
Terry L. McCann, Warden
    Respondent

Case No. 08-CV-2001

FILED
AUG - 6 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Motion
U.S. District Court
Central District of Illinois

I would like to know if the Courts will grant me a Extension to File a Certificate of Appealability? The Prison I'm in is still on Lock Down. I have not been able to go to the Law Library for months.

Thank You
God Bless
Sincerely  Mr. Farlow K92694