CASE Number 08-2001

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 7-23-08 | Offender: (Please Print) Melvin Farlow | ID#: K92694 |
|---|---|---|

| Present Facility: State Ville | Facility where grievance issue occurred: State Ville |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [✓] Mail Handling
- [ ] Restoration of Good Time
- [ ] Disability
- [ ] Staff Conduct
- [ ] Dietary
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [✓] Other (specify): *Withholding information*

- [ ] Disciplinary Report: _____ / _____ / _____
  Date of Report          Facility where issued

**FILED**
AUG - 6 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
Administrative Officer.

Brief Summary of Grievance: The mail room is holding my Legal mail for weeks before they send it to me. I wrote to Warden Reed, Asking him to please send me the information for all the days we have been on Lock Down, I really need to show this info to the Chief Judge Michael P. McCuskey, of the U.S. District Court, Central District of Illinois, in URBANA Illinois. Someone need to do something about the mail Room holding my Legal Mail, Please tell me how A Motion From a Federal Judge is not Legal Mail? How can I get the help I need From the Courts, if the prison is withholding information From me? CASE No: 2:08-CV-2001

Relief Requested: Please answer my Grievance with Integrity. Thank You & God Bless  Sincerely Mr. Farlow K92694

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Mr. Farlow | K92694 | 7, 23, 08 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

| Date Received: 7 / 23 / 08 | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: According to Mailroom staff all mail is processed in chronological order by date of receipt. Grievants legal mail is not being delayed or withheld according to Mailroom staff. Incoming mail from a clerk of the courts office is Not considered legal mail.

| David Mansfield CCII | Daniel Mansfield CCII | 7, 28, 08 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

**EMERGENCY REVIEW**

| Date Received: _____ / _____ / _____ | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

_____          _____ / _____ / _____
Chief Administrative Officer's Signature          Date

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE (Continued)**

This prison stays on Lock Down, I need the courts to know whats going on in here. The Courts keep saying my Petition are untimely but this prison won't let me go to the law Library to get the Help I need. Can State Ville please give me something to show to the Chief Judge Michael P. McCuskey, the amount of days we have been on Cock Rawn? Thank You.