Time 9:20 PM
Date 8-13-08 Wednesday
Place State Ville Prison C-643
Inmate Melvin Farlow K92694
Case Number 2:08-cv-2001
Lock Down

To: Ms. Robinson

Ms. Robinson, how are you doing? Fine I pray. I sent 2 Motions to the Courts on 8-3-08, I would like to know if the Courts Received them? Can you please let me know? Here's a copy of the Lock Downs for this year. We are on Lock Down again. There's no Law Library on Lock Down. Thanks for your time.

Thank You
&
God Bless

Sincerely

Mr. Farlow K92694

FILED
AUG 15 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS



**Illinois
Department of
Corrections**

Rod R. Blagojevich
Governor

Roger E. Walker Jr.
Director

Stateville Correctional Center / Rt. 53 / P.O. Box 112 / Joliet, IL 60434 / Telephone: (815) 727-3607 / TDD: (800) 526-0844

To: K92694 Melvin Farlow

From: David Mansfield
Correctional Counselor II

Date: August 13, 2008

RE: 2008 Lockdown Dates

The facility was on lockdown during the dates listed below:

January 13 through February 9

February 15 through February 25

February 28 through February 29

March 20 through April 18

April 24 through April 25

May 15 through May 17

June 15 through June 19

June 27 through August 6

August 12 through present