AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__Central__ DISTRICT OF __Illinois__

United States ex rel. MELVIN FARLOW,

    Petitioner,

v.

TERRY McCANN, Warden,

    Respondent.

**APPEARANCE**

Case Number: 08-2001

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Respondent, Terry McCann

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/18/2008 | *signature* |
| Date | Signature |
| | Eric M. Levin      6284971 |
| | Print Name      Bar Number |
| | 100 W. Randolph Street, 12th Floor |
| | Address |
| | Chicago    IL    60601-3218 |
| | City    State    Zip Code |
| | (312) 814-8812    (312) 814-2253 |
| | Phone Number    Fax Number |

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. MELVIN FARLOW, | ) ) ) | |
| Petitioner, | ) ) | |
| vs. | ) ) | No. 08-2001 |
| TERRY McCANN, Warden, Stateville Correctional Center, | ) ) ) | The Honorable Michael P. McCuskey, |
| Respondent. | ) | Judge Presiding. |

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 18, 2008, I electronically filed an **Appearance** in the above-captioned case with the Clerk of the United States District Court for the Central District of Illinois, Urbana Division, using the CM/ECF system; and I hereby certify that same date, I mailed by United States Postal Service the above-referenced appearance to the following non-registered party:

    Melvin Farlow, K92694
    Stateville Correctional Center
    Route 53
    P.O. Box 112
    Joliet, IL  60434

    s/Eric M. Levin
    ERIC M. LEVIN, Bar # 6284971
    Assistant Attorney General
    100 West Randolph Street, 12th Floor
    Chicago, Illinois 60601-3218
    TELEPHONE: (312) 814-8812
    FAX: (312) 814-2253
    E-MAIL: elevin@atg.state.il.us