IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. MELVIN FARLOW, | ) ) ) | |
| Petitioner, | ) ) | |
| vs. | ) ) | No. 08-2001 |
| TERRY McCANN, Warden, Stateville Correctional Center, | ) ) ) | The Honorable Michael P. McCuskey, |
| Respondent. | ) | Judge Presiding. |

---

### MOTION TO SUBSTITUTE COUNSEL

Respondent TERRY MCCANN, by his attorney, LISA MADIGAN, Attorney General of Illinois, respectfully requests that this Court grant leave to substitute counsel in the above-captioned cause. In support, respondent states:

1.   This is a habeas corpus case filed by a state prisoner. On May 28, 2008, this Court granted respondent's motion to dismiss, and dismissed the petition for writ of habeas corpus as untimely. (Docs. 15, 16). On June 23, 2008, petitioner filed a notice of appeal and motion for extension of time to file a motion for certificate of appealability. (Docs. 18, 19). This Court granted the motion and allowed petitioner until July 23, 2008, to file his motion for a certificate of appealability. (*See* TEXT ORDER entered June 23, 2008). On August 7, 2008, this Court again extended the time, until September 8, 2008, for petitioner to file a motion for certificate of appealability. (*See* TEXT ORDER of Aug. 7, 2008).

2. Assistant Attorney General Eric W. Truett is currently counsel of record.

3. Because AAG Truett is leaving the Office of the Illinois Attorney General, this case has now been internally reassigned to Assistant Attorney General Eric M. Levin, who this day has filed an entry of appearance.

4. Respondent therefore respectfully requests that this Court allow respondent to substitute Eric M. Levin as counsel of record, in place of Eric W. Truett.

August 18, 2008                                       Respectfully submitted,

                                                      LISA MADIGAN
                                                      Attorney General of Illinois


                                            By:    s/Eric M. Levin
                                                   ERIC M. LEVIN, Bar # 6284971
                                                   Assistant Attorney General
                                                   100 West Randolph Street, 12th Floor
                                                   Chicago, Illinois 60601
                                                   TELEPHONE: (312) 814-8812
                                                   FAX: (312) 814-2253
                                                   E-MAIL: elevin@atg.state.il.us

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 18, 2008, I electronically filed respondent's **Motion to Substitute Counsel** in the above-captioned case with the Clerk of the United States District Court for the Central District of Illinois, Urbana Division, using the CM/ECF system; and I hereby certify that same date, I mailed by United States Postal Service the above-referenced motion to the following non-registered party:

  Melvin Farlow, K92694
  Stateville Correctional Center
  Route 53
  P.O. Box 112
  Joliet, IL  60434

            s/Eric M. Levin
            ERIC M. LEVIN, Bar # 6284971
            Assistant Attorney General
            100 West Randolph Street, 12th Floor
            Chicago, Illinois 60601-3218
            TELEPHONE: (312) 814-8812
            FAX: (312) 814-2253
            E-MAIL: elevin@atg.state.il.us