E-FILED
Wednesday, 20 August, 2008  01:50:28 PM
Clerk, U.S. District Court, ILCD

Time 9:15 PM
Date 8-18-08 Monday
Place State Ville Prison Max
Inmate Melvin Farlow K92694
Case No: 2:08-CV-2001

FILED
AUG 20 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

To, Clerk Pamela Robinson

   Ms. Robinson, how are you doing? Fine I pray. Can you please give this Lock Down information to the Chief Judge Michael P. McCuskey. The Dates are for 2007. I'm trying to show the Courts, my Petition would not have been untimely if the prison was not on Lock Down. I have ordered the Dates for 2005 and 2006. I pray that the Courts would reconsider my Petition. Thank You for your time.

Thank You
&
God Bless

Sincerely
Mr. Farlow K92694

**Illinois Department of Corrections**

Rod R. Blagojevich
Governor

Roger E. Walker Jr.
Director

Stateville Correctional Center / Rt. 53 / P.O. Box 112 / Joliet, IL 60434 / Telephone: (815) 727-3607 / TDD: (800) 526-0844

To:     K92694 Melvin Farlow

From:   David Mansfield
        Correctional Counselor II

Date:   August 13, 2008

RE:     2007 Lockdown Dates

The facility was on lockdown during the following dates:

January 2 through January 10

February 4 through February 5

February 13 through February 14

April 20 through May 17

May 20 through May 29

June 30 through September 17

November 25 through December 7

December 31 through January 2, 2008