E-FILED
Friday, 29 August, 2008, 02:50:06 PM
Clerk, U.S. District Court, ILCD

FILED

AUG 29 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

Time  5:15 PM
Date  8-24-08 Sunday
Place  State Ville Prison MAX C-643
Inmate  Melvin Farlow K92694
Case No: 2:08-cv-2001

To: Chief Judge Michael P. McCuskey

Your Honor, how are you doing? Fine I pray. I received the orders on the Motions, on Monday 8-18-08, it took the Prison 12 days to give this Letter to me. Thank you for granting me a Extension. Your Honor, no one will help me with my Petition, because I don't have the money to pay them. I've been told that the Courts are going to deny my Petition, as untimely. I do not know nothing about the Law, I don't know how to do a Petition on my on. The Courts denying my Motion to Appoint Counsel, is just like telling me they don't care about me. I would not tell a infant Baby to cook for itself, because I know a infant does not know how, just Like I do not know how to do a Petition. Can the Courts please help me? Thanks for your time.

Thank You & God Bless
Sincerely Mr. Farlow K92694



**Illinois Department of Corrections**

Rod R. Blagojevich
Governor

Roger E. Walker Jr.
Director

Stateville Correctional Center / Rt. 53 / P.O. Box 112 / Joliet, IL 60434 / Telephone: (815) 727-3607 / TDD: (800) 526-0844

To: K92694 Melvin Farlow

From: David Mansfield,
Correctional Counselor II

Date: August 19, 2008

RE: 2006 Lockdowns

The facility was on lockdown during the dates listed below:

| | |
|---|---|
| January 1 through February 1 | October 3 through October 6 |
| February 13 through February 16 | October 18 through October 23 |
| February 23 through February 27 | November 19 through November 22 |
| March 1 through March 2 | December 1 through December 2 |
| April 3 through April 25 | December 4 through December 8 |
| May 5 through May 9 | December 28 through December 29 |
| May 11 through May 15 | |
| May 26 through May 30 | |
| June 7 through June 13 | |
| June 28 through June 30 | |
| July 9 through July 13 | |
| July 28 through August 3 | |
| August 27 through September 6 | |