

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
318 U.S. COURTHOUSE
201 SOUTH VINE STREET
URBANA, ILLINOIS 61802

CHAMBERS OF
MICHAEL P. MCCUSKEY
CHIEF U.S. DISTRICT JUDGE

TELEPHONE 217-373-5837
FACSIMILE 217-373-5855

August 29, 2008

Melvin Farlow
#K92694
Stateville Correctional Center
P. O. Box 112
Joliet, IL 60434

Re:   Farlow v. McCann
      Case No. 08-2001

Dear Mr. Farlow:

    I received your letter on August 29, 2008.  I cannot give you legal advice or legal assistance.  Your letter, and my response, will be made a part of the court file.

    Sincerely,

    s/ Michael P. McCuskey

    Michael P. McCuskey
    Chief United States District Court Judge